```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 22030
   MADELYN MORALES
   JOSE MORALES                                 CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4333     SSN XXX-XX-6467

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/24/2007 and was not confirmed.

     The case was dismissed without confirmation 04/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    1479.78           .00            .00
EASTERN SAVINGS BANK      CURRENT MORTG       .00            .00            .00
EASTERN SAVINGS BANK      MORTGAGE ARRE       .00            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     432.33           .00            .00
PATHOLOGY CONSULTANTS OF  UNSEC W/INTER NOT FILED            .00            .00
PATHOLOGY CONSULTANTS OF  UNSEC W/INTER NOT FILED            .00            .00
DEPENDON COLLECTION       UNSEC W/INTER NOT FILED            .00            .00
PATHOLOGY CONSULTANTS OF  UNSEC W/INTER NOT FILED            .00            .00
PATHOLOGY CONSULTANTS OF  UNSEC W/INTER NOT FILED            .00            .00
PATHOLOGY CONSULTANTS OF  UNSEC W/INTER NOT FILED            .00            .00
PATHOLOGY CONSULTANTS OF  UNSEC W/INTER NOT FILED            .00            .00
MERCHANTS CR              UNSEC W/INTER NOT FILED            .00            .00
NORTHWEST COLLECTORS      UNSEC W/INTER NOT FILED            .00            .00
NORTHWEST COLLECTORS      UNSEC W/INTER NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER     104.00           .00            .00
THE BUREAUS INC           UNSEC W/INTER NOT FILED            .00            .00
US DEPARTMENT OF EDUCATI  PRIORITY        13696.45           .00            .00
US DEPT OF EDUCATION      PRIORITY      NOT FILED            .00            .00
US DEPT OF EDUCATION      PRIORITY      NOT FILED            .00            .00
US DEPT OF EDUCATION      PRIORITY      NOT FILED            .00            .00
US DEPT OF EDUCATION      PRIORITY      NOT FILED            .00            .00
US DEPT OF EDUCATION      PRIORITY      NOT FILED            .00            .00
UNITED COLLECTION BUREAU  UNSEC W/INTER NOT FILED            .00            .00
UNITED COLLECTION BUREAU  UNSEC W/INTER NOT FILED            .00            .00
CHICAGO CENTRAL EP        UNSEC W/INTER     670.07           .00            .00
UNITED COLLECTION BUREAU  UNSEC W/INTER NOT FILED            .00            .00
UNITED COLLECTION BUREAU  UNSEC W/INTER NOT FILED            .00            .00
ACMC PHYSICIAN SERVICES   UNSECURED         300.00           .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY     1,873.00                      1,271.86
TOM VAUGHN                TRUSTEE                                         110.60
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 22030 MADELYN MORALES & JOSE MORALES
```

```
-----------------------------------------------------------------------------
TRUSTEE                                      1,382.46

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,271.86
TRUSTEE COMPENSATION                                               110.60
DEBTOR REFUND                                                         .00
                                         ---------------    ---------------
TOTALS                                         1,382.46          1,382.46
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 07/24/08                       /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE